AO 241 (Rev. 5/85)

# PETITION UNDER 28 USC § 2254 FOR WRIT OF
# HABEAS CORPUS BY A PERSON IN STATE CUSTODY

If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

**05 - 11069 PBS**

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions — Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $ _____ , you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| | | |
|---|---|---|
| **United States District Court** | District | OF MASSACHUSETTS |
| Name: Anthony Cabral | Prisoner No. W-76463 | Case No. |

Place of Confinement: MCI-Cedar Junction, P.O. Box 100, So. Walpole, Mass. 02071

Name of Petitioner (include name under which convicted): Anthony Cabral

Name of Respondent (authorized person having custody of petitioner): David Nolan

05-11069 PBS

The Attorney General of the State of: Massachusetts, Thomas F. Reilly

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Bristol County Superior Court.

2. Date of judgment of conviction: January 11, 2002

3. Length of sentence: Eight to Ten Years State Prison.

4. Nature of offense involved (all counts): Two Counts charging Armed Robbery while Masked in violation of M.G.L. c. 265 § 17, A-B.

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑   No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:
   (a) Name of court  MASSACHUSETTS APPEALS COURT
   (b) Result  AFFIRMED CONVICTION.
   (c) Date of result and citation, if known  11-18-04 COMM V. CABRAL 62 MA.A 1111 (2005).
   (d) Grounds raised  illegal SEARCH of Auto, illegal SEARCH of dwelling, AND REASONABLE EXPECTATION OF PRIVACY.

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:
       (1) Name of court  MASSACHUSETTS SUPREME COURT.
       (2) Result  FURTHER APPELLATE REVIEW DENIED ON 4-27-05 Docket No. F.A.R.-14710.
       (3) Date of result and citation, if known  4-27-05 DKT. # F.A.R.-14710.
       (4) Grounds raised  illegal SEARCH of Auto, illegal SEARCH of dwelling, AND REASONABLE EXPECTATION OF PRIVACY.

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:
       (1) Name of court _____
       (2) Result _____
       (3) Date of result and citation, if known _____
       (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☑   No ☐

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court  Bristol County Superior Court
        (2) Nature of proceeding  Motion to REVOKE AND REVISE.
        (3) Grounds raised  The Superior Court relied upon improper factors when Sentencing Petitioner.

(3)

AO 241 (Rev. 5/85)

05- [illegible] -PBS

(4) Did you receive an evidentiary hearing on your petition, application or motion?
   Yes ☑   No ☐

(5) Result __RESENTENCED, Eight to nine YEARS__

(6) Date of result __JANUARY 5, 2005.__

(b) As to any second petition, application or motion give the same information:

   (1) Name of court _____

   (2) Nature of proceeding _____

   (3) Grounds raised _____

   (4) Did you receive an evidentiary hearing on your petition, application or motion?
      Yes ☐   No ☐

   (5) Result _____

   (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
   (1) First petition, etc.      Yes ☐      No ☑
   (2) Second petition, etc.     Yes ☐      No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
__Notice of Appeal Filed on 1-27-05 Awaiting Assembly of record to Appel to Massachusetts Appeals Court.__

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
   Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.   Ground one: *SEE Additional Pages Supporting Ground one:*

    Supporting FACTS (state *briefly* without citing cases or law) *SEE Additional Pages Supporting Facts.*

B.   Ground two: _____

    Supporting FACTS (state *briefly* without citing cases or law) _____

(5)

Additional Pages

A. Ground one: Petitioner's 4th and 14th Amendment rights were violated when evidence obtained pursuant to an unconstitutional search and seizure was relied upon to find him guilty.

Supporting Facts: Petitioner's automobile was unlawfully searched, and items recovered from within unlawfully seized, by police who then used the unlawfully seized evidence to convict petitioner.

Additionally, police made a warrantless entry into a third-party's dwelling, where petitioner had a reasonable expectation of privacy, and searched a pocketbook lawfully therein, that they had no probable cause to search, where no exigent circumstances existed, thereby

obtaining fruits of the Poisonous tree, which was improperly and unconstitutionally used against petitioner at trial.

AO 241 (Rev. 5/85)

   C.    Ground three: _____

        Supporting FACTS (state *briefly* without citing cases or law) _____

   D.    Ground four: _____

        Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☑     No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
   (a)    At preliminary hearing   Stephen C. Nadeau  30 Third Street 3 Floor Fall River, Mass. 02720

   (b)    At arraignment and plea   Same as (A)

AO 241 (Rev. 5/85)

(c) At trial  Anthony Cabral Pro-Se with Standby Counsel James W. McCarthy II

(d) At sentencing  Anthony Cabral

(e) On appeal  Sandra Wysocki Capplis Three Boulevard's Street Milton, Mass. 02186

(f) In any post-conviction proceeding  Same as (E)

(g) On appeal from any adverse ruling in a post-conviction proceeding  Anthony Cabral Pro-Se

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

5-9-05
(date)

_____
Signature of Petitioner

(7)