UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ANTHONY CABRAL,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-11069-PBS |
| ) | |
| **DAVID NOLAN,** ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the undersigned as counsel for Respondent David Nolan in the matter listed above.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  June 15, 2005

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on June 15, 2005, by first-class mail, postage prepaid, upon:

Anthony Cabral
W-70469
MCI – Cedar Junction
P.O. Box 100
South Walpole, MA  02071

pro se

                                              /s/ Randall E. Ravitz
                                             Randall E. Ravitz