UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY CABRAL, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-11069-PBS |
| DAVID NOLAN, | ) |
| Respondents. | ) |

**RESPONDENT'S MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO RESPOND TO PETITION**

Respondent David Nolan (the "Respondent") hereby respectfully moves this Court to enlarge until June 30, 2005 the time within which he must answer or otherwise respond to the petition for a writ of habeas corpus (the "Petition") filed by Petitioner Anthony Cabral (the "Petitioner"). The Respondent's response is currently due on June 15, 2005. In support of this Motion, the Respondent states as follows:

1. The Petition arises from a 2002 conviction in the Bristol County, Massachusetts, Superior Court.

2. The Petition includes serious allegations and references complex areas of law.

3. The undersigned counsel for the Respondent first received the necessary documents from the district attorney's office that prosecuted the criminal case referenced above less than twenty-four hours before the filing of this Motion. Counsel must have adequate time to review such documents in order to respond sufficiently to the Petition and file documentation reflecting on whether the Petitioner has exhausted state remedies, per this Court's Order of May 24, 2005.

4.     No previous application for an enlargement of time to answer or otherwise respond to the Petition has been made to this Court.

5.     Allowance of this Motion will enable counsel for the Respondent to aid the Court most thoroughly and effectively and will not prejudice any party.

**WHEREFORE,** the Respondent requests that this Court enlarge the time within which he must answer or otherwise respond to the Petition until June 30, 2005.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  June 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on June 15, 2005, by first-class mail, postage prepaid, upon:

Anthony Cabral
W-70469
MCI – Cedar Junction
P.O. Box 100
South Walpole, MA  02071

pro se

/s/ Randall E. Ravitz
Randall E. Ravitz

2