UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTHONY CABRAL,<br><br>　　　Petitioner,<br><br>v.<br><br>DAVID NOLAN,<br><br>　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-11069-PBS<br>)<br>)<br>)<br>)<br>) |

**RESPONDENT'S MOTION TO DISMISS PETITION**

　　The Respondent, David Nolan, Superintendent of the Massachusetts Correctional Institution at Cedar Junction (the "Respondent"), hereby respectfully moves that the habeas corpus petition (the "Petition") filed by Petitioner Anthony Cabral (the "Petitioner") be dismissed in its entirety.  The Petition cannot be entertained, because it is predicated entirely on allegations that the Petitioner's rights under the Fourth Amendment to the United States Constitution were violated.

　　In further support of this Motion, the Respondent relies on and incorporates his Memorandum of Law and Appendix filed herewith.

　　WHEREFORE, the Respondent requests that this Honorable Court allow this Motion, dismiss the Petition in its entirety, and grant such other relief as is just and proper under the circumstances.

>Respectfully submitted,
>
>THOMAS F. REILLY
>Attorney General
>
>
>/s/ Randall E. Ravitz
>Randall E. Ravitz (BBO # 643381)
>Assistant Attorney General
>Criminal Bureau
>One Ashburton Place
>Boston, Massachusetts  02108
>(617) 727-2200, ext. 2852

Dated:  June 30, 2005


## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on June 30, 2005, by first-class mail, postage prepaid, upon:

Anthony Cabral
W-70469
MCI – Cedar Junction
P.O. Box 100
South Walpole, MA  02071

pro se

>/s/ Randall E. Ravitz
>Randall E. Ravitz