UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY CABRAL,          ) | |
| )   | |
| Petitioner,          ) | |
| )   | |
| v.          ) | Civil Action No. 05-11069-PBS |
| )   | |
| DAVID NOLAN,          ) | |
| )   | |
| Respondent.          ) | |

**<u>RESPONDENT'S NOTICE OF FILING WITH CLERK'S OFFICE
CONCERNING EXHIBITS TO HIS APPENDIX ACCOMPANYING HIS
MOTION TO DISMISS PETITION</u>**

Notice is hereby given that the following Exhibits to the Respondent's Appendix Accompanying His Motion to Dismiss Petition have been manually filed with the Court and are available in paper form only:

<u>EXHIBIT A</u>.     Initial docket in connection with <u>Commonwealth v. Anthony Cabral</u>, Case No. BRCR1999-00228 in the Bristol County, Massachusetts, Superior Court ("First Super. Ct. Docket");

<u>EXHIBIT B</u>.     Subsequently produced docket in connection with <u>Commonwealth v. Anthony Cabral</u>, Case No. BRCR1999-00228 in the Bristol County, Massachusetts, Superior Court ("Second Super. Ct. Docket");

<u>EXHIBIT C</u>.     Docket in connection with <u>Commonwealth v. Anthony Cabral</u>, Case No. 2003-P-397 in the Massachusetts Appeals Court ("App. Ct. Docket");

<u>EXHIBIT D</u>.     Docket in connection with <u>Commonwealth v. Anthony Cabral</u>, Case No. FAR-14710 in the Massachusetts Supreme Judicial Court ("SJC Docket");

EXHIBIT E. First indictment in connection with Commonwealth v. Anthony Cabral, Case No. BRCR1999-00228 in the Bristol County, Massachusetts, Superior Court ("Indictment No. 1");

EXHIBIT F. Second indictment in connection with Commonwealth v. Anthony Cabral, Case No. BRCR1999-00228 in the Bristol County, Massachusetts, Superior Court ("Indictment No. 2");

EXHIBIT G. Defendant's Motion to Suppress filed in connection with Commonwealth v. Anthony Cabral, Case No. BRCR1999-00228 in the Bristol County, Massachusetts, Superior Court ("Def.'s Mot. Suppress");

EXHIBIT H. Defendant's Memorandum in Support of Motion to Suppress filed in connection with Commonwealth v. Anthony Cabral, Case No. BRCR1999-00228 in the Bristol County, Massachusetts, Superior Court ("Def.'s Mem. Supp. Mot. Suppress");

EXHIBIT I. Order on Defendant's Motion to Suppress in connection with Commonwealth v. Anthony Cabral, Case No. BRCR1999-00228 in the Bristol County, Massachusetts, Superior Court ("Order on Def.'s Mot. Suppress");

EXHIBIT J. Order on Defendant's Motion to Extend Time for Filing Interlocutory Appeal in connection with Commonwealth v. Anthony Cabral, Case No. BRCR1999-00228 in the Bristol County, Massachusetts, Superior Court ("Order on Def.'s Mot. Extend Time");

EXHIBIT K.   Defendant's Motion for Hearing Pursuant to Franks vs. Delaware filed in connection with Commonwealth v. Anthony Cabral, Case No. BRCR1999-00228 in the Bristol County, Massachusetts, Superior Court ("Def.'s Mot. Franks Hr'g");

EXHIBIT L.   Defendant's Memorandum in Support of His Motion for Hearing Pursuant to Franks vs. Delaware filed in connection with Commonwealth v. Anthony Cabral, Case No. BRCR1999-00228 in the Bristol County, Massachusetts, Superior Court ("Def.'s Mem. Supp. Mot. Franks Hr'g");

EXHIBIT M.   Order on Defendant's Motion for Hearing Pursuant to Franks vs. Delaware in connection with Commonwealth v. Anthony Cabral, Case No. BRCR1999-00228 in the Bristol County, Massachusetts, Superior Court ("Order on Def.'s Mot. Franks Hr'g");

EXHIBIT R.   Commonwealth v. Cabral, 62 Mass. App. Ct. 1111, 818 N.E.2d 640 (2002), the decision of the Massachusetts Appeals Court in connection with Case No. 2003-P-397;

EXHIBIT S.   Commonwealth v. Cabral, 444 Mass. 1101, 826 N.E.2d 201 (2004), the table decision of the Massachusetts Supreme Judicial Court in connection with Case No. FAR-14710;

EXHIBIT T.   Application for Further Review filed in connection with Commonwealth v. Cabral, Case No. FAR-14710 in the Massachusetts Supreme Judicial Court; and

<u>EXHIBIT U</u>.     Memorandum of Law in Support of Petitioner's Application for Further Review filed in connection with <u>Commonwealth v. Cabral</u>, Case No. FAR-14710 in the Massachusetts Supreme Judicial Court.

The original documents are maintained in the case file in the Clerk's Office.

                Respectfully submitted,

                THOMAS F. REILLY
                Attorney General


                /s/ Randall E. Ravitz
                Randall E. Ravitz (BBO # 643381)
                Assistant Attorney General
                Criminal Bureau
                One Ashburton Place
                Boston, Massachusetts  02108
                (617) 727-2200, ext. 2852

Dated:  June 30, 2005


**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served on June 30, 2005, by first-class mail, postage prepaid, upon:

Anthony Cabral
W-70469
MCI – Cedar Junction
P.O. Box 100
South Walpole, MA  02071

pro se


                /s/ Randall E. Ravitz
                Randall E. Ravitz