# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-11069-PBS

Anthony Cabral,
Petitioner,

v.

David Nolan,
Respondent.


## BRIEFING ORDER

SARIS, D.J.

The petition for Writ of Habeas Corpus in this action was filed on May 20, 2005. In order to complete the record, the Petitioner is hereby directed to file and serve a brief in support of the petition for habeas corpus on or before August 1, 2005 and the Respondent is hereby directed to file and serve a brief in opposition to the petition on or before September 1, 2005.


By the Court,


 /s/ Robert C. Alba
Deputy Clerk



July 1, 2005

To: All Counsel