United States District Court
For The
District of Massachusetts

Anthony Cabral,
    Petitioner,
v.
David Nolan,
    Respondent.

District Court
No. 05-11069-PBS

**MOTION FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO MOTION TO DISMISS AND FOR THE COURT'S CLARIFICATION OF ITS ORDER OF JULY 1, 2005**

Now comes the Petitioner and moves this court to grant him an additional sixty (60) days within which to respond to the motion to dismiss his habeas petition, and for clarification of its order of July 1, 2005 for the below reasons:

1. As a <u>pro se</u> litigant, the Petitioner needs time to consult fellow prisoners to assist him with the researching and preparation of a response to the Respondent's motion to dismiss.

2. Petitioner is unskilled in legal matters and he has never before filed or defended a habeas petition; many of the cases and statutes cited by Respondent in his motion to dismiss are unfamiliar to Petitioner and he needs time to read, ponder and digest these items before he can reasonably respond to the motion to dismiss.

3

3. Petitioner also has to write letters seeking legal advice and assistance from prisoners' rights organizations before he can respond to the motion to dismiss in a meaningful manner.

4. Lastly, Petitioner received an order from this court dated July 1, 2005, directing him to file a memorandum in support of his habeas petition. In light of the fact that the Respondent filed a motion to dismiss the petition on June 30, 2005, it seems that Petitioner should be responding to the motion to dismiss, rather that filing a memo in support of the habeas petition.

For the above mentioned reasons, this motion should be granted.

Respectfully Submitted,

Anthony Cabral
P.O. Box 100
S. Walpole, MA 02071

## Certificate Of Service

I, Anthony Cabral, certify that a copy of the above motion was mailed to Counsel of record for Respondent via First Class mail on 7/  /05.

by Anthony Cabral