# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred X

Anthony Cabral

V.                                              CA No.  05-11069-PBS

David Nolan

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Collings  for the following proceedings:

(A)            Referred for full pretrial case management, including all dispositive motions.

(B)            Referred for full pretrial case management, not including dispositive motions:

(C)            Referred for discovery purposes only.

(D)    **X**    Referred for Report and Recommendation on:

   (  ) Motion(s) for injunctive relief
   (  ) Motion(s) for judgment on the pleadings
   (  ) Motion(s) for summary judgment
   (  ) Motion(s) to permit maintenance of a class action
   (  ) Motion(s) to suppress evidence
   (**X**) Motion to dismiss - Doc. #5
   (  ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E)            Case referred for events only.  See Doc. No(s). _____

(F)            Case referred for settlement.

(G)            Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   (  ) In accordance with Rule 53, F.R.Civ.P.
   (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)            Special Instructions: _____

_____

 September 23, 2005                               By:     /s/ Robert C. Alba
Date                                                         Deputy Clerk

**(Order of Reference - 05/2003)**

---

   [1]    See reverse side of order for instructions