UNITED STATES DISTRICT JUDGE
DISTRICT OF MASSACHUSETTS

```
                                    )
ANTHONY CABRAL,                     )
            Petitioner,             )
                                    )
        v.                          ) CIVIL ACTION NO. 11069-PBS
                                    )
DAVID NOLAN, SUPERINTENDENT,        )
 MCI-Cedar Junction,                )
            Respondent.             )
                                    )
```

**ORDER**

December 28, 2005

Saris, U.S.D.J.

    After review of the objections, I adopt the Report and Recommendation of the magistrate judge. Pursuant to 28 U.S.C. § 2253(c)(3) and Interim Loc. R. 22.1, I deny a certificate of appealability because the applicant has made no substantial showing of the denial of a constitutional right.

                                       **S/PATTI B. SARIS**
                                       United States District Judge