United States District Court
District of Massachusetts

Anthony Cabral,
    Petitioner,

v.

David Nolan, Superintendent,
MCI-Cedar Junction,
    Respondent.

Civil Action No.
05-11069-PBS

## Motion to Appeal

Now comes the Petitioner and moves this Honorable Court in the above mention case and wish to appeal the Honorable Patti B. Saris Judge order dated December 28, 2005 pursuant to 28, §2253(c)(3) and Rule 22.1. denial of a certificate of appealability.

The Petitioner request this court to accesible the record for the First Circuit court of Appeal.

Please forward the petitioner a copy of the Docket upon Filing this Motion to Appeal.

Thank you for your attention to this matter.

Respectfully Submitted

dated 1-3-06

C.C. Filed

_____
Anthony Cabral W-70469
Pro-Se

②