# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11069

Anthony Cabral

v.

David Nolan

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/5/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 18, 2006.

Sarah A. Thornton, Clerk of Court

By: *Jeanette Ramos*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/18/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11069-PBS

Cabral v. Nolan
Assigned to: Judge Patti B. Saris
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/20/2005
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Petitioner**

**Anthony Cabral**    represented by    **Anthony Cabral**
W-70469
MCI - Cedar Junction
P.O. Box 100
South Walpole, MA 02071
PRO SE

V.

**Respondent**

**David Nolan**    represented by    **Randall E. Ravitz**
*Superintendent, MCI - Cedar Junction*
Attorney General's Office
One Ashburton Place
Boston, MA 02108
617-727-2200 ext.2852
Fax: 617-727-5755
Email: randall.ravitz@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 64467, filed by Anthony Cabral.(Patch, Christine) (Entered: 05/24/2005) |
| 05/23/2005 |  | If the trial Judge issues an Order of Reference of any matter in |

| | | |
|---|---|---|
| | | this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Patch, Christine) (Entered: 05/24/2005) |
| 05/24/2005 | 2 | Judge Patti B. Saris : ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Patch, Christine) (Entered: 05/25/2005) |
| 05/31/2005 | | Return receipt received for mail sent to David Nolan Delivered on 5/27/05 (Patch, Christine) (Entered: 06/01/2005) |
| 05/31/2005 | | Return receipt received for mail sent to Anthony Cabral Delivered on 5/27/05 (Patch, Christine) (Entered: 06/01/2005) |
| 05/31/2005 | | Return receipt received for mail sent to Cathryn Neaves Delivered on 5/26/05 (Patch, Christine) (Entered: 06/01/2005) |
| 06/15/2005 | 3 | NOTICE of Appearance by Randall E. Ravitz on behalf of David Nolan (Ravitz, Randall) (Entered: 06/15/2005) |
| 06/15/2005 | 4 | MOTION for Extension of Time to June 30, 2005 to File Response/Reply as to 1 Petition for writ of habeas corpus (28:2254) by David Nolan.(Ravitz, Randall) (Entered: 06/15/2005) |
| 06/16/2005 | | Judge Patti B. Saris: Electronic ORDER entered allowing 4 MOTION for Extension of Time to June 30, 2005 to File Response/Reply to 1 Petition for writ of habeas corpus (28:2254). "Allowed. Response due by 6/30/2005." (Alba, Robert) (Entered: 06/16/2005) |
| 06/30/2005 | 5 | MOTION to Dismiss *Petition* by David Nolan.(Ravitz, Randall) (Entered: 06/30/2005) |
| 06/30/2005 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss *Petition* filed by David Nolan. (Ravitz, Randall) (Entered: 06/30/2005) |
| 06/30/2005 | 7 | APPENDIX/EXHIBIT re 5 MOTION to Dismiss *Petition* by David Nolan. (Attachments: # 1 Exhibit N - Def.'s Br. to App. Ct.# 2 Exhibit O - Def.'s First Supp. Br. to App. Ct.# 3 Exhibit P - Def.'s Second Supp. Br. to App. Ct.# 4 Exhibit Q - Comm.'s Br. to App. Ct.)(Ravitz, Randall) (Entered: 06/30/2005) |
| 06/30/2005 | 8 | APPENDIX/EXHIBIT re 7 Appendix/Exhibit, - *Notice of* |

| | | |
|---|---|---|
| | | *Filing with Clerk's Office* by David Nolan. (Ravitz, Randall) (Entered: 06/30/2005) |
| 07/01/2005 | 9 | Judge Patti B. Saris : BRIEIFING ORDER entered. Petitioner must file a brief in support of the petition for habeas corpus on or before 8/1/05, and the Respondent must file a brief in opposition to the petition on or before 9/1/05. (Patch, Christine) (Entered: 07/06/2005) |
| 07/14/2005 | 10 | MOTION for Extension of Time to By sixty days to File Response/Reply as to 5 MOTION to Dismiss *Petition* by Anthony Cabral.(York, Steve) (Entered: 07/18/2005) |
| 07/25/2005 | 11 | RESPONSE to Motion re 10 MOTION for Extension of Time to By sixty days to File Response/Reply as to 5 MOTION to Dismiss *Petition* filed by David Nolan. (Ravitz, Randall) (Entered: 07/25/2005) |
| 07/25/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 10 Motion for Extension of Time to File Response re 5 MOTION to Dismiss *Petition*. Responses due by 9/26/2005 (Patch, Christine) (Entered: 07/26/2005) |
| 09/06/2005 | 12 | Opposition in Response to Memorandum in Support of 5 MOTION to Dismiss *Petition* filed by Anthony Cabral. (Attachments: # 1 Exhibit)(Patch, Christine) (Entered: 09/08/2005) |
| 09/06/2005 | 13 | MEMORANDUM in Support by Anthony Cabral of 1 Petition for writ of habeas corpus (28:2254). (Attachments: # 1 Exhibit Transcripts of Officer Alan Beausoleil and Michael Malek# 2 Exhibit # 3 Exhibit Transcripts of John Kazen)(Patch, Christine) (Entered: 09/08/2005) |
| 09/21/2005 | 14 | MOTION for Extension of Time to thirty days after a decision is rendered on the Respondent's Motion to Dismiss Petition to file a brief in opposition to the Petitioner's Habeas Corpus Petition by David Nolan.(Ravitz, Randall) (Entered: 09/21/2005) |
| 09/22/2005 | | Judge Patti B. Saris : ElectronicORDER entered granting 14 Motion for Extension of Time within which to File Brief in Opposition to Habeas Corpus Petition. (Patch, Christine) (Entered: 09/26/2005) |
| 09/23/2005 | 15 | Judge Patti B. Saris: ORDER entered REFERRING 5 MOTION to Dismiss *Petition* filed by David Nolan, to |

| | | |
|---|---|---|
| | | Magistrate Judge Robert B. Collings.(Alba, Robert) (Entered: 09/23/2005) |
| 12/08/2005 | 16 | Judge Robert B. Collings : REPORT AND RECOMMENDATIONS entered re 5 MOTION to Dismiss Petition filed by David Nolan, Recommendation: Recommend motion to dismiss be ALLOWED Objections to R&R due by 12/22/2005(Irwin, Nancy) (Entered: 12/08/2005) |
| 12/08/2005 | | Case no longer referred to Magistrate Judge Robert B. Collings. (Irwin, Nancy) (Entered: 12/08/2005) |
| 12/16/2005 | 17 | OBJECTION to 16 Report and Recommendations filed by Anthony Cabral. (Patch, Christine) (Entered: 12/21/2005) |
| 12/16/2005 | 18 | Supplement OBJECTIONs to 16 Report and Recommendations filed by Anthony Cabral. (Patch, Christine) (Entered: 12/21/2005) |
| 12/21/2005 | | DOCKET SHEET sent to Anthony Cabral. (Patch, Christine) (Entered: 12/21/2005) |
| 12/28/2005 | 19 | Judge Patti B. Saris : ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 5 Motion to Dismiss filed by David Nolan. Action on motion: Granting. "After review of the objections, I adopt the Report and Recommendations of the magistrate judge. Pursuant to 28 U.S.C. 2253 (c)(3) and Interim Loc. R. 22.1, I deny a certificate of appealability because the applicant has made no substantial showing of the denial of a constitutional right."(Patch, Christine) (Entered: 12/29/2005) |
| 01/05/2006 | 20 | NOTICE OF APPEAL as to 19 Order Adopting Report and Recommendations, by Anthony Cabral. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/25/2006. (Patch, Christine) (Entered: 01/09/2006) |