# United States Court of Appeals
## For the First Circuit

No. 06-1160
DC No. 05-11069

ANTHONY CABRAL
Petitioner - Appellant

v.

DAVID NOLAN, Superintendent, MCI Cedar Junction
Respondent - Appellee

---

**ORDER OF COURT**

Entered: March 23, 2006
Pursuant to 1st Cir. R. 27(d)

Appellant's motion for leave to proceed in forma pauperis and supporting financial affidavit with attached prison trust account statement are transmitted to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:
Richard Cushing Donovan, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

MARGARET CARTER
By:_____
Chief Deputy Clerk

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By:_____ Date: 3/23/06

[certified copies: Honorable Patti B. Saris, Sarah A. Thornton, Clerk,
United States District Court for the District of Massachusetts]
[cc: Anthony Cabral, Randall E. Ravitz, AAG]

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUT

ANTHONY CABRAL
        PETITIONER,

V.

DAVID NOLAN, SUPERINTENDENT,
M.C.I.CEDAR JUNCTION
        RESPONDENT.

NO.06-1160

PETITIONER'S MOTION FOR LEAVE TO

PROCEED IN FORMA PAUPERIS

Now comes the petitioner, Anthony Cabral and respectfully moves this Honorable Court grant the petitioner leave to proceed on appeal in Forma Pauperis. The grounds for this motion are that the petitioner is indigent and incarcerated in State Prison, and that an application to proceed on appeal in Forma Pauperis is unnecessary when a petitioner in State Prison seeks Habeas Corpus relief in Federal Court. See, MARTIN v. BISSONETTE, 118, F.3d 874(1st cir.1997).

                                                      Respectfully Submitted,

                                                      Anthony Cabral pro-se
                                                      M.C.I.Cedar Junction
                                                     #W70469
                                                     P.O.Box 100
                                                     South Walpole,MA
                                                         02071-0100

Dated: March 20, 2006

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060320 13:37

| Commit# : | W70469 | | | MCI CEDAR JUNCTION | | | Page: 1 | |
|---|---|---|---|---|---|---|---|---|
| Name : | CABRAL, ANTHONY, , | | | Statement From | 20050901 | | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20060320 | | | |
| Block : | A 1 | | | | | | | |
| Cell/Bed : | 61 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $2,347.79 | $2,340.04 | $490.09 | $10.25 |
| 20050902 10:23 | AT - Account Transfer | 5207439 | | CJ | ~PER SUPERINTENDENT S/P APPROVAL POSTAGE FOR LEGAL MAIL~W70469 CABRAL,ANTHONY PERSONAL | $7.90 | $0.00 | $0.00 | $7.90 |
| 20050902 10:28 | IC - Transfer from Inmate to Club A/c | 5207454 | | CJ | ~POSTAGE PER SUPERINTENDENT S/P REQUEST APPROVAL FOR LEGAL MAIL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.90 | $0.00 | $0.00 |
| 20050902 22:30 | CN - Canteen | 5209495 | | CJ | ~Canteen Date : 20050902 | $0.00 | $7.53 | $0.00 | $0.00 |
| 20050907 23:20 | PY - Payroll | 5233260 | | CJ | ~20050821 To 20050827 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050907 23:20 | PY - Payroll | 5233261 | | CJ | ~20050821 To 20050827 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5251032 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5251033 | | CJ | | $0.00 | $0.00 | $1.91 | $0.00 |
| 20050912 22:30 | CN - Canteen | 5266515 | | CJ | ~Canteen Date : 20050912 | $0.00 | $6.56 | $0.00 | $0.00 |
| 20050913 09:17 | ML - Mail | 5270179 | | CJ | ~IRENE CABRAL | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050913 09:17 | MA - Maintenance and Administration | 5270181 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050916 14:56 | PY - Payroll | 5295349 | | CJ | ~20050828 To 20050903 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050916 14:56 | PY - Payroll | 5295350 | | CJ | ~20050828 To 20050903 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20050919 22:30 | CN - Canteen | 5300761 | | CJ | ~Canteen Date : 20050919 | $0.00 | $35.67 | $0.00 | $0.00 |
| 20050921 23:26 | PY - Payroll | 5320700 | | CJ | ~20050904 To 20050910 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050921 23:26 | PY - Payroll | 5320701 | | CJ | ~20050904 To 20050910 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20050926 22:30 | CN - Canteen | 5333709 | | CJ | ~Canteen Date : 20050926 | $0.00 | $7.70 | $0.00 | $0.00 |
| 20050928 23:23 | PY - Payroll | 5352346 | | CJ | ~20050911 To 20050917 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050928 23:23 | PY - Payroll | 5352347 | | CJ | ~20050911 To 20050917 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051003 22:30 | CN - Canteen | 5367706 | | CJ | ~Canteen Date : 20051003 | $0.00 | $7.16 | $0.00 | $0.00 |
| 20051006 08:15 | PY - Payroll | 5390853 | | CJ | ~20050918 To 20050924 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20051006 08:15 | PY - Payroll | 5390854 | | CJ | ~20050918 To 20050924 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051007 08:20 | ML - Mail | 5397423 | | CJ | ~IRENE CABRAL | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051007 08:20 | MA - Maintenance and Administration | 5397425 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051010 22:30 | CN - Canteen | 5403755 | | CJ | ~Canteen Date : 20051010 | $0.00 | $10.99 | $0.00 | $0.00 |
| 20051012 23:19 | PY - Payroll | 5424704 | | CJ | ~20050925 To 20051001 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20051012 23:19 | PY - Payroll | 5424705 | | CJ | ~20050925 To 20051001 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5434244 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5434245 | | CJ | | $0.00 | $0.00 | $2.04 | $0.00 |

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date: 20060320 13:37

| | | | | | | | | Page: | 2 |
|---|---|---|---|---|---|---|---|---|---|

| Commit# : | W70469 | | | | MCI CEDAR JUNCTION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name : | CABRAL, ANTHONY, , | | | Statement From | 20050901 | | | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20060320 | | | | |
| Block : | A 1 | | | | | | | | |
| Cell/Bed : | 61 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20051017 22:30 | CN - Canteen | 5454882 | | CJ | ~Canteen Date : 20051017 | $0.00 | $21.75 | $0.00 | $0.00 |
| 20051019 23:24 | PY - Payroll | 5475028 | | CJ | ~20051002 To 20051008 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20051019 23:24 | PY - Payroll | 5475029 | | CJ | ~20051002 To 20051008 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051024 22:30 | CN - Canteen | 5489293 | | CJ | ~Canteen Date : 20051024 | $0.00 | $6.63 | $0.00 | $0.00 |
| 20051026 23:20 | PY - Payroll | 5506737 | | CJ | ~20051009 To 20051015 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20051026 23:20 | PY - Payroll | 5506738 | | CJ | ~20051009 To 20051015 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051101 22:30 | CN - Canteen | 5533108 | | CJ | ~Canteen Date : 20051101 | $0.00 | $7.73 | $0.00 | $0.00 |
| 20051102 23:26 | PY - Payroll | 5547256 | | CJ | ~20051016 To 20051022 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20051102 23:26 | PY - Payroll | 5547257 | | CJ | ~20051016 To 20051022 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051107 22:30 | CN - Canteen | 5562711 | | CJ | ~Canteen Date : 20051107 | $0.00 | $6.69 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5573766 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5573767 | | CJ | | $0.00 | $0.00 | $2.40 | $0.00 |
| 20051110 08:15 | ML - Mail | 5600411 | | CJ | ~IRENE CABRAL | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051110 08:15 | MA - Maintenance and Administration | 5600413 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051110 08:45 | PY - Payroll | 5600677 | | CJ | ~20051023 To 20051029 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20051110 08:45 | PY - Payroll | 5600678 | | CJ | ~20051023 To 20051029 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051114 22:30 | CN - Canteen | 5613819 | | CJ | ~Canteen Date : 20051114 | $0.00 | $25.57 | $0.00 | $0.00 |
| 20051116 23:30 | PY - Payroll | 5635468 | | CJ | ~20051030 To 20051105 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20051116 23:30 | PY - Payroll | 5635469 | | CJ | ~20051030 To 20051105 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051118 22:30 | CN - Canteen | 5643737 | | CJ | ~Canteen Date : 20051118 | $0.00 | $5.94 | $0.00 | $0.00 |
| 20051123 23:22 | PY - Payroll | 5673516 | | CJ | ~20051106 To 20051112 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20051123 23:22 | PY - Payroll | 5673517 | | CJ | ~20051106 To 20051112 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051128 22:30 | CN - Canteen | 5680841 | | CJ | ~Canteen Date : 20051128 | $0.00 | $8.94 | $0.00 | $0.00 |
| 20051130 23:27 | PY - Payroll | 5698856 | | CJ | ~20051113 To 20051119 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20051130 23:27 | PY - Payroll | 5698857 | | CJ | ~20051113 To 20051119 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051205 22:30 | CN - Canteen | 5718532 | | CJ | ~Canteen Date : 20051205 | $0.00 | $5.92 | $0.00 | $0.00 |
| 20051207 23:26 | PY - Payroll | 5739375 | | CJ | ~20051120 To 20051126 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20051207 23:26 | PY - Payroll | 5739376 | | CJ | ~20051120 To 20051126 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051212 22:30 | CN - Canteen | 5757731 | | CJ | ~Canteen Date : 20051212 | $0.00 | $7.86 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5775787 | | CJ | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5775788 | | CJ | | $0.00 | $0.00 | $2.61 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20060320 13:37

| | | | |
|---|---|---|---|
| Commit# : | W70469 | MCI CEDAR JUNCTION | Page : 3 |
| Name : | CABRAL, ANTHONY, , | Statement From 20050901 | |
| Inst : | MCI CEDAR JUNCTION | To 20060320 | |
| Block : | A 1 | | |
| Cell/Bed : | 61 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20051214 23:32 | PY - Payroll | 5795071 | | CJ | ~20051127 To 20051203 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20051214 23:32 | PY - Payroll | 5795072 | | CJ | ~20051127 To 20051203 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051215 12:45 | AT - Account Transfer | 5797860 | | CJ | ~CLOTHING ORDER~W70469 CABRAL,ANTHONY  PERSONAL | $30.63 | $0.00 | $0.00 | $30.63 |
| 20051215 13:02 | IC - Transfer from Inmate to Club A/c | 5797917 | | CJ | ~SNEAKERS,FILE FOLDER,SHOWER SHOES S/P~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $30.63 | $0.00 | $0.00 |
| 20051219 09:12 | ML - Mail | 5807517 | | CJ | ~IRENE CABRAL | $20.00 | $0.00 | $0.00 | $0.00 |
| 20051219 09:12 | MA - Maintenance and Administration | 5807519 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051219 22:30 | CN - Canteen | 5813324 | | CJ | ~Canteen Date : 20051219 | $0.00 | $7.12 | $0.00 | $0.00 |
| 20051221 23:35 | PY - Payroll | 5834018 | | CJ | ~20051204 To 20051210 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20051221 23:35 | PY - Payroll | 5834019 | | CJ | ~20051204 To 20051210 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051223 22:30 | CN - Canteen | 5846737 | | CJ | ~Canteen Date : 20051223 | $0.00 | $25.83 | $0.00 | $0.00 |
| 20051228 23:29 | PY - Payroll | 5870890 | | CJ | ~20051211 To 20051217 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20051228 23:29 | PY - Payroll | 5870891 | | CJ | ~20051211 To 20051217 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20051230 22:30 | CN - Canteen | 5882308 | | CJ | ~Canteen Date : 20051230 | $0.00 | $7.14 | $0.00 | $0.00 |
| 20060104 23:31 | PY - Payroll | 5906999 | | CJ | ~20051218 To 20051224 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20060104 23:31 | PY - Payroll | 5907000 | | CJ | ~20051218 To 20051224 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20060109 22:30 | CN - Canteen | 5926407 | | CJ | ~Canteen Date : 20060109 | $0.00 | $7.02 | $0.00 | $0.00 |
| 20060111 23:32 | PY - Payroll | 5946316 | | CJ | ~20051225 To 20051231 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20060111 23:32 | PY - Payroll | 5946317 | | CJ | ~20051225 To 20051231 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20060112 08:47 | ML - Mail | 5948197 | | CJ | ~IRENE CABRAL | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060112 08:47 | MA - Maintenance and Administration | 5948199 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060116 22:30 | CN - Canteen | 5958811 | | CJ | ~Canteen Date : 20060116 | $0.00 | $25.05 | $0.00 | $0.00 |
| 20060118 23:25 | PY - Payroll | 5979574 | | CJ | ~20060101 To 20060107 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20060118 23:25 | PY - Payroll | 5979575 | | CJ | ~20060101 To 20060107 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20060119 16:40 | IS - Interest | 5989402 | | CJ | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20060119 16:40 | IS - Interest | 5989403 | | CJ | | $0.00 | $0.00 | $2.92 | $0.00 |
| 20060123 22:30 | CN - Canteen | 6009660 | | CJ | ~Canteen Date : 20060123 | $0.00 | $6.84 | $0.00 | $0.00 |
| 20060125 23:34 | PY - Payroll | 6028568 | | CJ | ~20060108 To 20060114 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20060125 23:34 | PY - Payroll | 6028569 | | CJ | ~20060108 To 20060114 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20060130 22:30 | CN - Canteen | 6042817 | | CJ | ~Canteen Date : 20060130 | $0.00 | $6.93 | $0.00 | $0.00 |
| 20060201 23:35 | PY - Payroll | 6062242 | | CJ | ~20060115 To 20060121 | $7.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20060320 13:37

| Commit# : | W70469 | | | MCI CEDAR JUNCTION | | | Page : 4 |
|---|---|---|---|---|---|---|---|
| Name : | CABRAL, ANTHONY, , | | | Statement From | 20050901 | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20060320 | | |
| Block : | A 1 | | | | | | |
| Cell/Bed : | 61 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060201 23:35 | PY - Payroll | 6062243 | | CJ | ~20060115 To 20060121 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20060206 22:30 | CN - Canteen | 6081956 | | CJ | ~Canteen Date : 20060206 | $0.00 | $7.96 | $0.00 | $0.00 |
| 20060208 23:29 | PY - Payroll | 6104116 | | CJ | ~20060122 To 20060128 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20060208 23:29 | PY - Payroll | 6104117 | | CJ | ~20060122 To 20060128 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20060210 08:49 | ML - Mail | 6111941 | | CJ | ~IRENE CABRAL | $40.00 | $0.00 | $0.00 | $0.00 |
| 20060210 08:49 | MA - Maintenance and Administration | 6111943 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060213 22:30 | CN - Canteen | 6120524 | | CJ | ~Canteen Date : 20060213 | $0.00 | $34.35 | $0.00 | $0.00 |
| 20060215 23:37 | PY - Payroll | 6141512 | | CJ | ~20060129 To 20060204 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20060215 23:37 | PY - Payroll | 6141513 | | CJ | ~20060129 To 20060204 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6150738 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6150739 | | CJ | | $0.00 | $0.00 | $3.10 | $0.00 |
| 20060220 22:30 | CN - Canteen | 6169667 | | CJ | ~Canteen Date : 20060220 | $0.00 | $16.67 | $0.00 | $0.00 |
| 20060222 23:37 | PY - Payroll | 6186722 | | CJ | ~20060205 To 20060211 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20060222 23:37 | PY - Payroll | 6186723 | | CJ | ~20060205 To 20060211 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20060301 16:55 | IS - Interest | 6221803 | | CJ | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20060301 16:55 | IS - Interest | 6221804 | | CJ | | $0.00 | $0.00 | $3.06 | $0.00 |
| 20060301 23:32 | PY - Payroll | 6241488 | | CJ | ~20060212 To 20060218 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20060301 23:32 | PY - Payroll | 6241489 | | CJ | ~20060212 To 20060218 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20060306 11:23 | AT - Account Transfer | 6256573 | | CJ | ~POSTAGE FOR LEGAL MAILINGS PER S/P~W70469 CABRAL,ANTHONY  PERSONAL | $5.64 | $0.00 | $0.00 | $5.64 |
| 20060306 11:25 | IC - Transfer from Inmate to Club A/c | 6256604 | | CJ | ~POSTAGE FOR LEGAL MAILINGS PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.64 | $0.00 | $0.00 |
| 20060306 22:30 | CN - Canteen | 6259717 | | CJ | ~Canteen Date : 20060306 | $0.00 | $13.03 | $0.00 | $0.00 |
| 20060309 01:19 | PY - Payroll | 6281842 | | CJ | ~20060219 To 20060225 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20060309 01:19 | PY - Payroll | 6281843 | | CJ | ~20060219 To 20060225 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20060313 22:30 | CN - Canteen | 6297942 | | CJ | ~Canteen Date : 20060313 | $0.00 | $10.41 | $0.00 | $0.00 |
| 20060315 08:42 | ML - Mail | 6308259 | | CJ | ~SHARON EASTON | $25.00 | $0.00 | $0.00 | $0.00 |
| 20060315 08:42 | MA - Maintenance and Administration | 6308261 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060315 23:38 | PY - Payroll | 6319375 | | CJ | ~20060226 To 20060304 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20060315 23:38 | PY - Payroll | 6319376 | | CJ | ~20060226 To 20060304 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20060320 09:19 | ML - Mail | 6330382 | | CJ | ~IRENE CABRAL | $20.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $435.45 | $392.16 | $214.04 | $44.17 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20060320 13:37

| | | | | Page : 5 |
|---|---|---|---|---|
| Commit# : | W70469 | MCI CEDAR JUNCTION | | |
| Name : | CABRAL, ANTHONY, , | Statement From | 20050901 | |
| Inst : | MCI CEDAR JUNCTION | To | 20060320 | |
| Block : | A 1 | | | |
| Cell/Bed : | 61 /A | | | |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $51.04 | $649.71 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $51.04 | $649.71 | $0.00 | $0.00 | $0.00 | $0.00 |

# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

District Court No. 05-11069-PBS

Appeal No. 06-1160

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _____ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 3-20-06 |

My issues on appeal are:

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 5600 | $ N/A | $ 5600 | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A | $ N/A | $ N/A |
| Total Monthly income: | $ N/A | $ N/A | $ N/A | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| None | — | — | — |
| None | — | — | — |
| None | — | — | — |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| None | — | — | — |
| None | — | — | — |
| None | — | — | — |

2

4. *How much cash do you and your spouse have?* $ 649.71

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| MCI Cedar Junction | Savings | $649.71 | $ N/A |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| None | | None | | Make & year: None | |
| | | | | Model: None | |
| | | | | Registration#: None | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: N/A | | N/A | | N/A | |
| Model: N/A | | N/A | | N/A | |
| Registration#: N/A | | N/A | | N/A | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None | None | None |
| | | |
| | | |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are any real estate taxes included? ☐ Yes ☑ No | | |
| Is property insurance included? ☐ Yes ☑ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ 794.8 | $ N/A |
| Clothing | $ 30.00 | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ N/A | $ N/A |
|    Homeowner's or renter's | $ N/A | $ N/A |
|    Life | $ N/A | $ N/A |
|    Health | $ N/A | $ N/A |
|    Motor Vehicle | $ N/A | $ N/A |
|    Other: N/A | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): N/A | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
|    Motor Vehicle | $ N/A | $ N/A |
|    Credit card (name): N/A | $ N/A | $ N/A |
|    Department store (name): N/A | $ N/A | $ N/A |
|    Other: N/A | $ N/A | $ N/A |

4

13. State the address of your legal residence.
MCI CEDAR JUNCTION, WALPOLE, MA.
P.O BOX 100 SO., WALPOLE, 02071
Your daytime phone number: (___) NONE
Your age: 40          Your years of schooling: 8

6