UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY CABRAL,                    )
    Petitioner-Appellant      )
                       )
                       )
        v.                 )
                       )
                       )    C.A. No. 05-11069-PBS
DAVID NOLAN, Superintendent,       )    (Appeal No. 06-1160)
MCI Cedar Junction,                )
                       )
      Respondent-Appellee    )
                       )
                       )

ORDER ON MOTION FOR LEAVE TO
PROCEED [ON APPEAL] *IN FORMA PAUPERIS*

SARIS, D.J.

    Now before the Court is Petitioner-Appellant's Anthony

Cabral's ("Petitioner") Motion for Leave to Proceed [on Appeal]

*in forma pauperis*,[1] forwarded to this Court from the United

---

    [1]Petitioner paid the $5.00 filing fee for the District Court
action, and therefore has not previously been determined to be
eligible for *in forma pauperis* status. However, he erroneously
asserts that his Application to proceed on appeal *in forma
pauperis* is unnecessary because he is a state prisoner seeking
habeas relief. His citation to Martin v. Bissonnette, 118 F.3d
874 (1st Cir. 1997) is misplaced. While the Petitioner is correct
that Martin held that the Prison Litigation Reform Act does not
apply to habeas petitioners, Martin did not hold that a habeas
prisoner does not have to pay the filing fee or seek a waiver
thereof. Rather, Martin held that habeas petitioners were not
subject to the three-strikes provision of 28 U.S.C. § 1915(g), or
the obligation of prisoners in civil actions (as opposed to
habeas petitions) to pay the full amount of filing fee,
notwithstanding the grant of *in forma pauperis* status. Martin,
118 F.3d at 874. See Rule 3(a) of the Rules Governing Section
2254 cases (if a petitioner desires to prosecute a petition *in
forma pauperis*, he shall file the affidavit required by § 1915
and a certified statement of the amount of funds in prisoner's
institutional account); 28 U.S.C. § 1915(a)(2); Fed.R.App.P. 24
(proceedings *in forma pauperis*).

States Court of Appeals for the First Circuit. <u>See</u> Order of Court (#23).

Petitioner's Affidavit in support of his motion indicates that he has no assets or income apart from the funds in his prison account, and the $7.00 he receives as payroll from the prison, on a roughly weekly basis. His prison account statement attached to his motion indicates that he has $51.04 in his personal prison account, and $649.71 in his savings account. There is no freeze on his account, and no monies allocated for restitution or sentence payments.

In light of the fact that Petitioner is employed by the prison facility (MCI Cedar Junction), and that he has in excess of $700 in his prison account, this Court finds that he has sufficient funds with which to pay the $255.00 appellate filing fee. Accordingly, Petitioner's Motion for Leave to Proceed [on Appeal] *in forma pauperis* is denied. Petitioner shall pay the $255.00 appellate filing fee within thirty (30) days of the date of this Order.


SO ORDERED.


                                        /s/ Patti B. Saris
                                        PATTI B. SARIS
                                        UNITED STATES DISTRICT JUDGE
DATED: April 11, 2006


                                    2