UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 10 P 12: 34

U.S. DISTRICT COURT
DISTRICT OF MASS

ANTHONY CABRAL,
       PETITIONER

v.

DAVID NOLAN, SUPERINTENDENT,
       RESPONDENT.

CIVIL ACTION NO.
05-11069-PBS
(APPEAL NO.
06-11607)

MOTION TO APPEAL ORDER ON

MOTION FOR LEAVE TO PROCEED

IN FORMA PAUPERIS

    Now comes the petitioner(Anthony Cabral), and gives his notice of appeal, for the denial of his motion for Leave To Proceed(on appeal), in Forma Pauperis.

Respectfully Submitted,

Anthony Cabral W70469

Dated: 4-14-06