**MANDATE**

# United States Court of Appeals
## For the First Circuit

05-11069
USDC/MA
Saris, J

Nos. 06-1160
06-1836

ANTHONY CABRAL,
Petitioner, Appellant,

v.

DAVID NOLAN, SUPERINTENDENT, MCI CEDAR JUNCTION,
Respondent, Appellee.

Before

Torruella, Selya and Howard,
<u>Circuit Judges.</u>

**JUDGMENT**

Entered: October 12, 2006

In appeal No. 06-1160, pro se Anthony Cabral seeks a certificate of appealability (COA) to appeal from the dismissal of his habeas petition. In appeal No. 06-1836, he appeals from the district court's denial of his motion to proceed in forma pauperis (IFP) in the first appeal. In both appeals, he seeks leave to proceed IFP on appeal.

In appeal No. 06-1836, we affirm the district court's judgment. The court correctly concluded that Cabral could afford to pay the filing fee in appeal No. 06-1160. Because the materials now before the court confirm that he can still afford to pay the fee, we deny his motion to proceed IFP in appeal No. 06-1160. We deny the motion to proceed IFP in No. 06-1836 as moot.

In No. 06-1160, we deny the COA. To the extent that Cabral's argument is based on a police officer's search of a certain pocketbook and, even assuming, as Cabral contends, that his Fourth Amendment claim is not foreclosed by <u>Stone</u> v. <u>Powell</u>, 428 U.S. 465 (1976), Cabral waived consideration of that claim by failing to present it in his objections to the magistrate judge's Report and Recommendation. In any event, Cabral has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3).

In sum:

In appeal No. 06-1160, the motion for leave to proceed on appeal in forma pauperis is <u>denied</u>. The certificate of appealability is <u>denied</u> and the appeal is terminated.

In appeal No. 06-1836, the judgment of the district court denying leave to appeal in forma pauperis is <u>affirmed</u>. The separate motion filed in this court seeking leave to proceed in forma pauperis is <u>denied as moot</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
    Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/3/06

[cc: Anthony Cabral, Randall E. Ravitz, AAG]